# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTIAN N. SCHOLIN,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE BENEFIT OF HARBORVIEW 2005-08,**
Appellee.

No. 4D18-3774

[October 24, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502010CA011583XXXXMB.

Christian N. Scholin, Wellington, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Celia C. Falzone of Akerman LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***